IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25cv3693 |
| | § | |
| FEDERAL INSURANCE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On this date, the Court considered Plaintiff Allstate Indemnity Company's Motion for Summary Judgment (the "Motion"). After considering the Motion, any response, the summary judgment evidence, all pleadings on file, the arguments of counsel, and all other matters properly before it, the Court is of the opinion that the Motion is well founded and should be GRANTED. It is therefore

ORDERED that Federal Insurance Company shall reimburse Allstate Indemnity Company $910,000 for its pro rata share of the settlement payment.